1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIPER NETWORKS, INC.,** a Nevada corporation,<br><br>     Plaintiff,<br><br>     v.<br><br>**RATES TECHNOLOGY INC.,** a Delaware corporation,<br><br>     Defendant. | Civ. No. 09-cv-00768-L-RBB<br><br>**ORDER DENYING DEFEDANTS' EX PARTE MOTIONS TO COMPEL ATTENDANCE OF VIPER NETWORK'S CEO [DOC. NO. 16] AND TO RESET DATE OF EARLY NEUTRAL EVALUATION CONFERENCE [DOC. NO. 21]** |
| **RATES TECHNOLOGY INC.,** a Delaware corporation,<br><br>     Counter-claimant,<br><br>     v.<br><br>**VIPER NETWORKS, INC.,** a Nevada corporation,<br><br>     Counter-defendant. | |

**ORDER DENYING DEFEDANTS' EX PARTE MOTIONS TO COMPEL ATTENDANCE OF VIPER NETWORK'S CEO [DOC. NO. 16] AND TO RESET DATE OF EARLY NEUTRAL EVALUATION CONFERENCE [DOC. NO. 21]**

1  Defendant and Counterclaimant's Ex Parte Motion to Compel Attendance of Viper Networks,
2  Inc.'s CEO [doc. no. 16] is DENIED.  Furthermore, its Ex Parte Motion to Reset Date for Early
3  Neutral Evaluation Conference [doc. no. 21] is also DENIED.

DATED: June 1, 2009.

_____
Magistrate Judge Ruben B. Brooks

ORDER DENYING DEFEDANTS' EX PARTE MOTIONS TO COMPEL ATTENDANCE OF VIPER
NETWORK'S CEO [DOC. NO. 16] AND TO RESET DATE OF EARLY NEUTRAL EVALUATION
CONFERENCE [DOC. NO. 21]

Page 2                                    Case No. 09-CV-00768-L-RBB